# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JOYCE L. JOHNSON,

    Plaintiff,

vs.

LVMH WATCH & JEWELRY USA, INC.,

    Defendant.

Case No.: 2:13-CV-00889-APG-PAL

## ORDER

The parties filed a Notice of Settlement (Doc. #17) on August 28, 2013, advising the Court that the parties had settled this case, and the parties would file a stipulation to dismiss the case after the Bankruptcy Court approves the settlement. The parties have not filed a stipulation to dismiss or any further status reports since that time.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before February 28, 2014, and shall file additional written joint status reports at 120 day intervals thereafter.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1