# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROSA E. RANGEL,<br><br>        Plaintiff,<br><br>    vs.<br><br>FEDERAL HOME LOAN MORTGAGE<br>CORPORATION and LEHMAN BROTHERS,<br>INC.,<br><br>        Defendants. | Case No.: 2:13-CV-00536-APG-NJK |

## O R D E R

On November 5, 2013, the Court granted Defendant Federal Home Loan Mortgage Corp.'s Motion to Dismiss. (Order (Doc. #29).)  The Court dismissed Plaintiff's Complaint without prejudice, and provided Plaintiff with an opportunity to file an amended complaint within 30 days of the Order.  The Order stated that if Plaintiff failed to amend her Complaint within 30 days, the Court would close the case.  Plaintiff did not file an amended complaint.

Additionally, on October 29, 2013, the Court advised Plaintiff of its intent to dismiss Plaintiff's claims against Defendant Lehman Brothers, Inc. for failure to timely serve Defendant Lehman Brothers, Inc.  (Notice Regarding Intent to Dismiss (Doc. #28).)  The Court advised Plaintiff the action would be dismissed without prejudice as to Defendant Lehman Brothers, Inc.

1

if Plaintiff did not file proof of service on or before November 28, 2013.  Plaintiff did not file any proof of service.

IT IS THEREFORE ORDERED that this action is hereby DISMISSED.

DATED this 3rd day of February, 2014.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

2